IN THE
UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



RECEIVED

JUL 21 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Joe Louis Lawrence                                  Civil Action #

    Plaintiff

    V                                              16CV7434
                                                    JUDGE DARRAH
                                                    MAG. JUDGE SCHENKIER

420 East Ohio, Chicago Housing Authority
345 East Ohio, K2 Apartments, City of Chicago,
Commission on Human Relations Supreme Court
of Illinois, Alderman Edward Burke,          **Jury Demand:** $37.9 Million Dollars
Franklin U. Valderrama, Mary Lane Mikva

    Defendants

## Complaint of Civil Rights Violations
## Unequal Protection of the Laws Violations
## Jim Crow Violations
## Judicial Corruption/Public Corruption Conspiracy
## Public Officials/Fraud/Conspiracy

To the Honorable Judges of the United States District Court for the Northern District:

   Complainant a United States Citizen, Joe Louis Lawrence, hereby respectfully represents as Counsel Pro Se shows this court with corroboration/admissions and affidavit the noted reasons why this matter should be within this court's Jurisdiction; {Pursuant to **(A) Color (Title V11 of the Civil Rights Act of 1964 and 42 U.S.C. 1981)**

**(B) Race (Title V11 of the Civil Rights Act of 1964 and 42 U.S.C. 1981)**
Racial Discrimination, Racial Retaliation, Racial Hatred, Racial Oppression, Civil Rights Violations, Unequal Applications of the Laws, and Disparate Treatment on the basis of race, color or national origin (42 U.S.C. 1981).

This court has Jurisdiction over the statutory violation alleged as conferred as follows: over **Title V11 claims by U.S.C. {1331, 28 U.S.C. {1343 (a) (3), and 42 U.S.C. {2000e-5 (F)**

1

(3); over 42 U.S.C. {1981 and {1983 by 42 U.S.C. {1988; over the A.D.E.A. by 42 U.S.C. {12117}.

In addition, alleged violations of the noted **Sections of the Ku Klux Klan Act of 1871** all noted Public Officials with authority closed their eyes to the enumerated crimes within.

To: **Dir. James Comey**, FBI Washington D.C.
    **FBI Michael J. Anderson** 2111 West Roosevelt Road, Chicago, Ill. 60612
    **US Attorney, Zachary T. Fardon** 219 S. Dearborn, Suite 500

**PLEASE BE ADVISED** that on July 21**, 2016,** A Civil Rights Complaint has been filed before the United States District Court.

Respectfully Submitted

Joe Louis Lawrence Counsel Pro Se
PO Box 490075
Chicago, Ill. 60649-0075
312 927-4210
joelouislaw@yahoo.com
@joelouis7

IN THE
UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## CERTIFICATE OF SERVICE

I Joe Louis Lawrence, certify that I have on this day filed said Notice of Civil Complaint and Jurisdictional Statement before the Northern District Court of Illinois.

Dated July 21, 2016

Joe Louis Lawrence
**Counsel Pro Se**

3

IN THE
UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Joe Louis Lawrence                                    Civil Action #

                                                      Hon:

  Plaintiff

  V

420 East Ohio, Chicago Housing Authority
345 East Ohio, K2 Apartments, City of Chicago,
Commission on Human Relations Supreme Court
 Illinois, Alderman Edward Burke,                    **Jury Demand:** $33.7 Million Dollars
 Franklin U. Valderrama, Mary Lane Mikva

  Defendants

# CIVIL RIGHTS COMPLAINT ET AL

## Jurisdictional Statement

**Order entered: June 6, 2016 and July 5, 2016
Notice of Civil Rights Complaint: July 21, 2016**

**Statute: Unequal Protection of the Laws Violations, Disparate Unequal Protection of the Laws, Civil Rights Violations, Housing Discrimination, Judicial Bias, Judges Acting outside of their immunity provisions, Jim Crow Violations, Violations of the provisions of the Ku Klux Klan Act of 1871, Judicial Abuse of Discretion, Racial Terrorism Conspiracy, Perjury, Admission of all facts by all Defendants, No Objections by any Defendants, Public, Political, Fraternal Corruption Conspiracies, Fraud on the Courts and other Un-Constitutional Lawless Violations.**

   Plaintiff is appealing to the **United States District Court**, for a reversal and remand with instructions based on the foregoing stated above:

   The **United States District Court** has the Jurisdiction, to correct any error, and establish any precedent in the law where deemed necessary, without fear of

4

reprisals from any political organization, terrorist fraternal orders, elected or otherwise, for the mandate of their decision;

The **United States District Court** has the Jurisdiction and Wisdom to recognize when an individual has not been afforded sapiency in accordance to the United States Constitution;

Plaintiff is before the **United States District Court** because as a"*Pro Se*" "*Informa Pauper's*" the admissions recorded in this instrument demonstrates under the Illinois Legal system Black and Brown lives don't matter and the Jim Crow methods still being exercised criminalizing persons of color for attempting to rise above racial injustice perpetrated on innocent persons.

Plaintiff is before the **United States District Court** because of the color of his skin all defendants have admitted to all criminal acts and civil rights violations but the judges have ignored all admissions affidavits, the Laws and laws the United States Constitution and Plaintiffs Civil Liberties, validating the veracity Plaintiff is a nobody merely because of his skin color, every ruling has been dispensated according to racial political guidelines;

For all of the aforementioned reasons is why Plaintiff is before the **United States District Court for Jurisdiction and Enforcement.**

I affirm the above as being true.

Respectfully Submitted, Counsel Pro Se

5

IN THE
UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

### AFFIDAVIT

### In support of Civil Rights Complaint et al.

{Pursuant to 28 U.S.C.A. 1446 (a)}

I Joe Louis Lawrence, **Heterosexual** Man **Born and Raised a Free MAN** Pro Se, HAVE BEEN MANY TIMES DENIED IN ALL COURTS NEVER TRIED being duly sworn on oath states: That all Defendant's acted knowingly, intentionally, willfully and maliciously within the aforementioned, due to his skin color and non-affiliation to terrorist cells within the Democratic Political Machine:

1.) That on June 21, 2016, and pursuant to the clerk's directive an Amended Certificate of Service filed June 22, 2016 including Judge Valderrama's name, Plaintiff filed a Motion before Illinois Supreme Court, (Motion for Reconsideration & Vacate June 1, 2016 Order absent Certification due to "Fraud" Pursuant to Supreme Court Rule 272, hereto attached, **Vol. 1, Gr Ex A;**
   - A- State Law is Clear and unambiguous, **Par. 1** and **2** of **Ex A** were ignored by the Supreme Court justices, **denied the Motion with no signature**;

   - B- That all Defendants have admitted via State Laws court transcripts, affidavits and no objections complete admissions but the Illinois Supreme Court had an insurgent within the membership to mail from Springfield a Blank Court Order absent a Certified Signature or name Denying the unchallenged **Vol 1 Gr Ex A**, **Vol. III Gr Ex C**, that the Ku Klux Klan hid their faces to conceal their identities have demonstrated a similar tactic enforcing Blank Court Orders;

   - C- That the Illinois Attorney General, States Attorney, Judicial Inquiry Board or any person of color within the Democratic Political Machine denounce any of the aforementioned acts or crimes perpetrated at the Plaintiff or his family because Black and Brown lives don't matter living in Chicago, Illinois;

   - D- That **Par. 5 A**, **B** and **C** and **Par 8** validates the verity the legal system is governed and controlled by Domestic Terrorist within the Democratic Political Machine enforcing Jim Crow laws;

6

E- That Group **Ex A** of **Vol. 1** (2nd Amended Complaint Request for Review Due to "Fraud" Terrorist Acts Violations" "Contempt of Court" Perjury & "Criminal Judicial Conspiracy/Cover-up Conspiracy" "Corruption" Other Irregularities & Impose Sanctions with Affidavit, presented **"Light"** being the Truth on the Blueprint how cases are "Fixed" in Illinois Courts and how judges act as Weapons of Mass Destruction by colluding with said Defendants;

F- That due to the aforementioned recorded within no Defendant objected or denied any of the facts in the Complaint but the Supreme Court Judges and other judges ignored all State Laws dismissed said matter from the courts;

G- Plaintiff litigiously **won a Default of $25 Million Dollars against the Defendants** who were in fact properly served by Cook County Sheriffs and via Certified Mail they failed to respond, failed to answer and failed to file appearances but Judge Valderrama and certain judges within the Illinois Supreme Court exacerbated more harm upon the Plaintiff by keeping him homeless and oppressed closing their eyes to all Terrorist Civil Rights Violations **denied the Motion with no signature**;

H- That the Defendants have been able to successfully Induce Reliance on the Federal Court assassinating his character, criminalizing his character simply because of the color of his skin, hereto attached, **Ex F** of **Vol. 1**, September 17, 1987 Court Order signed by the late Judge D. Adolphus Rivers proving that case 85 D 068184 paternity matter was in fact dismissed against him.

**Section 1983 of USCS contemplates the depravation of Civil Rights through the unconstitutional application of a law by conspiracy or otherwise. Mansell V. Saunders (CA 5 FLa) 372 F 2d 573, especially if the conspiracy was actually carried into effect and plaintiff was thereby deprived of any rights privileges, or immunities secured by the Constitution and laws, the gist of the action may be treated as one for the depravation of rights under 42 USCS 1983 Lewis V. Brautigam (CA 5 Fla) 227 F 2d 124, 55 Alr 2d 505**

2.) That on May 12, 2016, hereto attached as **Vol. II Gr Ex B**, Motion to Supplement Motion for Issuance of a Supervisory Order Vacating Orders and Recusing Judge Valderrama for "Cause" due to Bias and or Prejudice Conduct Pursuant to S.H.A. 735 ILCS 5/2 1001 (a) (2,3) (West 2006) to Impose Sanctions Pursuant to Supreme Ct. Rule 137 w/Affidavit, Sup Ct judge **Hon Freeman Granted said Motion;**

   A- That **Par 3** is clear Judge Valderrama exhibited **Bias** and **Prejudice** went outside his judicial discretion and authority, **Par 5, 6** demonstrates the updated version of "Lynching" being exercised in the courts;

7

B- That **Par 7** said attorneys admitted under oath never filing appearances but the judge allowed said attorneys to commit so many errors where they have culminated into a criminal conspiracy;

C- That Plaintiff filed a <u>Motion Moving for Prove-Up Entering Default Judgment & Summary judgment w/Affidavit</u>, no attorney objected or denied said motion, hereto attached, as **Vol. II Gr Ex B**, Denied the Motion;

D- That Judge Valderrama and the Supreme Court Judges ignored the misrepresentations of a former District Attorney from New York recorded in **Pars 2, 3**, et al. of **Vol II** of **Gr Ex C**;

E- That Pages **15, 16** of **Vol. II**, **Gr Ex C** clearly demonstrate District Court Judge Edmond Chang admonishing a City attorney for hiding evidence et al. but judges on the State level incite and encourage Fraud and misrepresentations;

**3.)** That Plaintiff filed a Motion to proceed *informa pauperis* April 27, 2016, it was granted by former Clerk of The Circuit Court, now Appellate Court Judge Aurelia Pucinski sister **<u>Judge Mary Jane Theis</u>** hereto attached as **Ex I** of **Vol. 1 <u>Motion Granted.</u>**

A- That when Aurelia Pucinski was Clerk of the Circuit Court she was a real woman of integrity had her clerks to provide the Plaintiff any copies he needed because she knew who he was up against and was informed Alderman Edward Burke had his entire paternity case in his office.

A- Pursuant to the precedent already established, *Carter v Mueller 457 N.E. 2d 1335 Ill. App. 1 Dist. 1983*, The Supreme Court of Illinois has held that: "The elements of a cause of action for fraudulent misrepresentation (sometimes referred to as "fraud and deceit" or deceit) are (1) False statement of material fact; (2) known or believed to be false by party making it; (3) intent to induce the other party to act; (4) action by the other party in reliance on the truth of the statement; and (5) damage to the other party resulting from such reliance;

B- Pursuant *to **Brubakker v. Morrison, No. 1-9-1670, 1992 Ill. App. Lexis 2144 (1st Dist. Dec. 30, 1992).*** Additionally, the fact that a false statement or omission is the result to an honest mistake is no defense to entry of a sanction. Et al.

C- *Pursuant to **Vigus V. O'Bannon, 1886 8 N.E 788, 118 ILL 334. Hazelton V. Carolus, 1907 132 ILL. App. 512.*** <u>Fraud admissibility</u> great latitude is permitted in proving fraud C.J.S. Fraud 104 ET Seg. Fraud 51-57. where a question of fraud and deceit is the issue involved in a case, great latitude is

8

ordinarily permitted in the introduction of evidence, and courts allow the greatest liberality in the method of examination and in the scope of inquiry

4.) That on April 27, 2016, Plaintiff filed a Motion for Leave to File Petition for Writ of Mandamus for Issuance of a Supervisory Order Vacating Orders and Recusing Judge Valderrama for "Cause" due to Bias and or Prejudice Conduct pursuant to S.H.A. 735 ILCS 5/2—1001 (a) (2, 3) (West 2006) to Impose Sanctions pursuant to Supreme Ct. Rule 137 w/ Affidavit, ref as **Vol. III, Gr Ex C**; This was denied by a Ghost no name or signature.

- A- That **Par 5** of **Vol. III** of the Petition for Writ of Mandamus et al. states, "That due to "Fraud" Systemic Racism and alleged Political Terrorist Intimidation, **Supreme Court Rule 383** is necessary because the affidavits and exhibits attached demonstrates the need for this court to tear down the walls of Injustice, Corruption and Racism those judges and lawyers who cannot uphold the integrity of their duties and oath as an attorney and judge need to seek employment in another profession"

   Civil Rights Act of 1866- first section, enacted by the Senate and House of Representatives of the United States of America in Congress assembled. That all persons born in the United States and not subject to any foreign power, excluding Indians not taxed, are hereby declared to be citizens of the United States; and such citizens of every race and color, without regard to any previous condition of slavery or involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall have the same right, in every State and Territory in the United States, to make and enforce contracts, to sue, be parties, and give evidence, to inherit, purchase, lease, sell, hold and convey real and personal property, and to full and equal benefit of the laws and proceedings for the security of person and property, as is enjoyed by white citizens, and shall be subject to like punishment, pains, and penalties, and to none other, any law, statute, ordinances, regulation, or custom, to the contrary notwithstanding, Act of April 9, 1866, Ch. 31, 1, 14 Stat. 27, 42 U.S.C.A. 1981 (a).

   In the 20th century, the Supreme Court began to overturn Jim Crow laws on constitutional grounds. In *Buchanan v. Warley* 245 US 60 (1917), the court held that a Kentucky law could not require residential segregation. The Supreme Court in 1946, in *Irene Morgan v. Virginia* ruled segregation in interstate transportation to be unconstitutional, in an application of the commerce clause of the Constitution. It was not until 1954 in *Brown v. Board of Education of Topeka* 347 US 483 that the court held that separate facilities were inherently unequal in the area of public schools, effectively overturning *Plessy v. Ferguson*, and outlawing Jim Crow in other areas of society as well. This landmark case consisted of complaints filed in the states of Delaware (*Gebhart v. Belton*); South Carolina (*Briggs v. Elliott*); Virginia (*Davis v. County School Board of Prince Edward County*); and Washington, D.C.

9

>   (*Spottswode Bolling v. C. Melvin Sharpe*). These decisions, along with other
>   cases such as *McLaurin v. Oklahoma State Board of Regents* 339 US 637
>   (1950), *NAACP v. Alabama* 357 US 449 (1958), and *Boynton v. Virginia* 364
>   US 454 (1960), slowly dismantled the state-sponsored segregation imposed by
>   Jim Crow laws.
>
>   As the color line itself solidified at the turn of the nineteenth century, Jim Crow imposed on black people clear tactical disadvantages: restricted economic possibilities, narrow educational opportunities, inadequate housing options, high rates of death and disablement, persistent unemployment, and unrelenting poverty. Inasmuch as Jim Crow represented the race problem described by Gunnar Myrdal (1898–1987) in his 1944 treatise *The American Dilemma*, it was Jim Crow that created the race quandary; whites constructed the obstacles African Americans confronted, while also blaming them for their conditions, denying them access to the resources of problem solving, and daring them—under threat of violence—to complain, protest, or advance.
>
>   Finally, protests or challenges to Jim Crow often proved futile, given law enforcement's complicity in the structure. From emancipation to the turn of the century, the Ku Klux Klan operated as a paramilitary arm of the Democratic Party in the South. The Klan, nightriders, red shirts, and other white terrorists intimidated African Americans with personal attacks, school burnings, and lynchings. African Americans rarely served as policemen, sheriffs, or deputies before the late 1940s. During the 1950s and 1960s, the connections between municipal and state governments, law enforcement, and racial violence were well known by officials and citizens alike. White officers were known to harass black people, disrupt black neighborhoods, and assault black women. Arrested for inflated charges, denied satisfactory counsel, and serving harsh sentences, African Americans were further disadvantaged in the courtroom. Rarely did they receive good counsel, nor could they serve on juries. When black lawyers could appear in the courtroom to argue cases, white judges and juries rarely listened. All-white juries decided against black defendants, even in the most obvious cases of innocence, but rarely convicted white defendants, despite evidence of guilt. African Americans—including the innocent—suffered the harsher punishments of extended jail time, forced farm labor, and peonage. Even women could be placed on the chain gangs working the roads and tracks across the South.

The Chicago Daily Law Bulletin, Wednesday April 26, 2006, **Page 1**, Illinois Political Machines help breed corruption, Associated Press writer Deanna Bellandi states, *"Illinois is apparently a Petri dish for corruption. It is a real breeding ground"*.

That *Chicago is the most Corrupt City in America*, Huffington Post, Internet Newspaper, February 23, 2012; University of Illinois Professor Dick Simpson, *"The two worst crime zones in Illinois are the governor's mansion......and the City Council Chambers in Chicago."* Simpson a former Chicago Alderman told the AP *"no other State can match us."*

<u>Turner</u> 24 F. Cas. 337 (No. 14247) C.C.D. Md. 1867) The "equal benefit" clause is cited in what would appear to be the earliest reported case enforcing the section. The plaintiff was an emancipated slave who was indentured as an apprentice to her former master. Although both whites and blacks could be indentured as an apprentice, under the law of Maryland, indentured blacks were not accorded the same educational benefits as whites and, unlike whites, were subject to being transferred to any other person in the same county. Circuit Judge Chase granted a writ of habeas corpus upon finding that the purported apprenticeship was in fact involuntary servitude and a denial under the Civil Rights Act of 1866 of the "full and equal benefit of all laws.

> Despite the United States Constitution and Civil Rights Act Plaintiff has not been treated as a citizen of the United States in that whites under this Political System has been able to circumvent the laws and commit Terrorist Act because they are the majority and are Organized in control of Chicago, Ill. Political system; Pursuant to Vigus v. O'Bannon is an example of the "Fraudulent" Racist Acts perpetrated against persons like the Plaintiff standing up to Racial Injustice and Terrorism!

> Democrats within the Political Machine do not want an educated man of color or Heterosexual to be gainfully employed, provide for his family or live freely where they desire, in that they are criminalized in the aforementioned manner so as to destroy men of color by any means necessary, See **Vol 1 Ex I** how African American Attorney Joseph P. Harris was unlawfully suspended for 6 months, for pointing out how judges are taking part with bank attorneys stealing homes Peggy Strong, Dr Emmanuel and Connie Bansa unlawfully, See **Ex L** and **N** as innocent African American Otis Lee Love, Jr. have been impacted by members of the Democratic Machine who share a racial hate towards men of color pretending to like them only when there is an election:

> **Plaintiff's license was never suspended because there was never a signed court order stating he owed any child support but was locked up 5 times for allegedly owing child support, Secretary of State Jesse White and Assistant General Counsel Terrance Mc Conville will attest to the veracity of this assertion;**

A. **Plaintiff Lost his job with Sheriff Department in the Administrative capacity because of the Bogus Paternity case;**

B. **Despite scoring in the top 5-10% on the Police Exam a Commander with the Police Department could not bring him on the Police department because of some integrity issues that had to be resolved with the Bogus Paternity case;**

C. **Plaintiff lost his job driving a School bus (Reliable who later went out of business) because someone was forcing them to accept bogus court orders for**

11

**wage garnishees where Plaintiff was forced to get on Welfare because of all of the money extorted from his salary;**

**D. Plaintiff was rear ended by drunk Police Officer standing still driving a CTA bus Officer totaled his van, Plaintiff sustained a back injury while off work injured on duty allegedly City hall officials and CTA personnel stole his wages and tried to destroy said personnel records saying Plaintiff was never a CTA employee.**

**E. Despite filing a grievance the Union never acted on the matter even up to this date, but the union Javier Perez called the Plaintiff in 2015 telling him they never received a letter from his physician stating he was fit to return to return to work, if he had that letter we could do something about getting you reinstated, what he did not realize Plaintiff had the information faxed it to him never heard from him again;**

**F. Plaintiff got accepted to Northwestern Law School scored very high on LSAT could not attend school because of the plethora of Racist Diabolical Obstructions no white man have to endure living in Chicago, Illinois**

**G.** <u>They have retaliated on Plaintiff's children along with a plethora of other "Fraudulent Acts,</u> that **Vol. 1 Gr Ex H** Plaintiffs son wrote a College Essay (Hardest Challenge) detailing the mental effects these legal matters had on him and the family as we are Homeless, as white men and some men of color sat by and allowed some coaches and Public School administrators incite Terrorist Acts at son keeping him off the field so college scouts would not see his talents earning a scholarship going to a University of his choosing because his father stood up to Racism, Niggercism and Terrorism;

H- That Plaintiff is on Welfare and Homeless formerly with a Section 8 voucher because members of the Political Democratic Machine have deployed every method feasible to keep him and any other persons like himself oppressed enforcing Jim Crow laws;

    I- That **Pars 2, 3, 4 (a) (b) (c) (d)** most important (e) of **Vol. III** "That Ex 1 of the aforementioned affidavit emails and hand written notes establishing the fact if Plaintiff was making over $100,000.00 he could live in their complex with his section 8 voucher at 345 East Ohio, due to his skin color"

    J- That **Pars** (F) (G) unequivocally articulates corruption in the HUD Section 8 voucher et al. (H) "That CHA is still today violating a Federal

12

Court Order et al. Order entered program, that Mayor Rahm Emmanuel blasted the CHA voucher program Feb 10, 1969;

K- That **Pars 5** and **6** et al. demonstrates how said judge retaliated on minor son in a cowardly fashion trying to keep him from graduating from High School and innocent City employee brother was murdered in a Terrorist Manner;

5.) That said case demonstrates multiple acts of systemic applications of constitutional violations, in that judges and State Agencies acted as decision makers possessing final authority, Brown v. Bryan County, OKL., 67 F. 3d 1174 (1995), Stokes v. Bullins, 844 F. 2d 269, 275 (5th Cir. 1988), Wassum v. City of Bellaire, Texas, 861 F. 2d 453, 456 (5th Cir. 1988), Benavides v. County of Wilson, 955 F. 2d 968, 972 (5th Cir.) cert. denied,__ U.S.__, 113 S.Ct. 79, 121 L. Ed. 2d 43 (1992), "Liability will accrue for the acts of a municipal official when the official possess "final policymaking authority" to establish municipal policy with respect to the conduct that resulted in a violation of constitutional rights. Pembaur v. City of Cincinnati, 475 U.S. 469, 483, 106 S. Ct. 1292, 1300, 89 L.Ed. 2d 452

- A- That not one African American, Negroe or anyone in competent authority opened their mouths to admonish anyone associated in these deliberate heinous acts perpetrated by members of the Democratic Political Machine

6.) That on July 12, 2016, ref as **Vol. IV Gr Ex D**, hereto attached, Plaintiff filed a Notice of Fraudulent Notice Regarding Court Date of July 18, and Bogus Court Order from Supreme Court of Illinois w/Affidavit;

- A- Plaintiff having been locked up 5x's on Bogus Court Orders Edward Burke and his army of Terrorist like the Ku Klux Klan who hides their faces as they rein havoc and mayhem on innocent persons of color, judges hide their identity by not signing court orders but calls on inferior black and brown judges to put their names on Bogus Court Orders to protect the identities of the real racist white men behind the scenes;

- B- That on Wednesday July 13, at 12:46 Tara from Judge Mikva's chambers called the Plaintiff from 312 603-4890 to inform the Plaintiff it was an error and that Judge Mikva was going to mail to him the court order striking him from appearing in court;

- C- That **Par 1** is clear, *"That during the week of June 21, 2016, a Post Card from the Circuit Court of Cook County Chancery Division mailed to the Plaintiff* et al.

- D- That someone in Dorothy Browns Clerks office was very dumb backdated data entries in an attempt to cover-up what was never recorded;

13

E- That during the week of July 5, 2016, someone mailed to the Plaintiff a Bogus Court order from Springfield an Order with no signature or any names recorded, but no one did like Judge Mikva acknowledged an error and sent a court order to the Plaintiff ref as **Gr Ex E**,

F- That no one in competent authority addressed the Bogus Court Order mailed from Springfield ref in **Gr Ex D**;

Lynching has taken on a different identity as demonstrated in this case while groups of whites stand by frolicking at a Black man hanging from a tree from a rope, racial injustice where several attorneys are in court trying to Bully and intimidate the Plaintiff as they appear before an inferior Black man wearing a robe the same level of Democratic Racial Hatred is still being spewed in a Terrorist fashion as many are still ignoring the plights of innocent men of color victimized by these acts.

In the wake of extensive investigations by Federal Law enforcement authorities revealing widespread corruption in the Illinois court system ("Operation Greylord") and elsewhere, indicating not only that significant professional misconduct was occurring but also that the requirement to report misconduct was frequently ignored, particularly in the cases of judges with regard to the conduct of other judges.

7.) That by virtue of the legal standard Preponderance of the Evidence the Law is clear judges have committed fraud on all legal entities and has done so with Contempt for the laws of the United States Constitution, in that due to their ethnicity and political affiliation to the *"Democratic Political Machine"* makes them invincible and untouchable by any court or Federal Government;

A- That the Attorney General of the State of Illinois and States Attorney along with the Chief Judge of the Circuit Court all closed their eyes to the plethora of Terrorists Acts lodged at the Plaintiff;

B- That Pursuant to **Sup Ct. Rule 272** *"if at the time of announcing final judgment the judge requires the submission of a form of written judgment to be signed by the judge et al" the judgment becomes final only when the signed judgment is filed*— Judges are bound by this rule before their court orders are valid;

C- Where the trial court requests that a written judgment be prepared, and where the attorney who obtains the judgment prepares it and submits it to the judge for approval and entry, the judge's oral announcement of his decision and the reasons thereof have no effect; the judgment is not the act of the court until it is signed or approved and entered of record. *In re Marriage of Dwan, App 1st Dist. 1982, 64 Ill. Dec 340, 108 Ill. App 3d 808, 439 N. E. 2d 1005.*

14

8.) That said Defendants and all parties associated in these matters unanimously with Contempt for the United States Constitution and this Federal Court without legal constitutional authority has demonstrated their resolve and necessary methodologies of what they are willing to do and have done upholding Terrorism and all related acts ignored and disregarded the facts affidavits and court transcripts;

   a. That said Judges of the Illinois Supreme Court and Circuit Court Appellate Courts violated all <u>Rules of law Canon Ethics, Code of Judicial Conduct Rule 62  Scott,</u> 377 Mass. 364, 386 N.E. 2d 218, 220 (1979) See Lopez-Alexander, Unreported Order No. 85-279 (Colo. May 3, 1985) (Judge removed for, inter alia, a persistent pattern of abuse of the contempt power. The Mayor of Denver accepted the findings of the Denver County Court Judicial Qualification Commission that the judge's conduct could not be characterized as mere mistakes or errors of law and that the conduct constituted willful misconduct in office and conduct prejudicial to the administration of justice that brings the judicial office into disrepute). Canon Ethics where there is a pattern of disregard or indifference, which warrant discipline.

   b. The Supreme Court of Georgia removed a judge from office for disregarding defendant's Constitutional rights, including refusing to set appeal bonds for two defendant's in timely fashion, issuing bench warrants without probable cause, and forcing a defendant to enter a guilty plea in the absence of Counsel. The Court stated, that the judge's "cavalier disregard of these defendants' basic and fundamental constitutional rights exhibits an intolerable degree of judicial incompetence, and a failure to comprehend and safeguard the very basis of our constitutional structure Id at 735 See also In re <u>Hammel,</u> 668 N.E. 2d 390 (N.Y. 1996). (Judge removed for improperly jailing defendants for their alleged failure to pay fines and make restitution which the judge had imposed, disregarding the defendant's basic constitutional rights).

9.) A judge's disrespect for the rules of court demonstrates disrespect for the law. Judges are disciplined under Canon 2A for violating court rules and procedures. Judge ignored mandated witness order in attempt to accommodate witnesses' schedules; Citing Canon 2A the court noted, "[a] court's indifference to clearly stated rules breeds disrespect for and discontent with our justice system. Government can not demand respect of the laws by its citizens when its tribunals ignore those very same laws")

### U. S Sup Court Digest 24(1) General Conspiracy

**U.S. 2003**. Essence of a conspiracy is an agreement to commit an unlawful act.—U.S. v. Jimenez Recio, 123 S. Ct. 819, 537 U.S. 270, 154 L.Ed.2d 744, on remand 371F.3d 1093

*Agreement to commit an unlawful act, which constitutes the essence of a conspiracy, is a distinct evil that exist and be punished whether or not the substantive crime* ensues.-Id.

<u>*Conspiracy poses a threat to the public over and above the threat of the commission of the relevant substantive crime, both because the combination in crime makes more likely the commission of other crimes and because it decreases the part from their path of criminality.*-Id.</u>

### CONSPIRACY

Fraud maybe inferred from nature of acts complained of, individual and collective interest of alleged conspirators, situation, intimacy, and relation of parties at time of commission of acts, and generally all circumstances preceding and attending culmination of claimed conspiracy **Illinois Rockford Corp. V. Kulp, 1968, 242 N.E. 2d 228, 41 ILL. 2d 215.**

### CANON 1

A judge should uphold the integrity and independence of the judiciary. The integrity and independence of judges depend in turn upon their acting without fear or favor. Although judges should be independent, they should comply with the law, as well as provisions of this code. Public confidence in the impartiality of the judiciary is maintained by the adherence of each judge to this responsibility. Conversely, violation of this code diminishes public confidence in the judiciary and thereby does injury to the system of government under law.

<u>Adoption of E.L.</u> "A VOID JUDGEMENT OR ORDER" is one that is entered by a court lacking jurisdiction over the parties or the subject matter, or lacking the inherent power to enter the particular order of judgment or where the ORDER was procured by "FRAUD". That no judge ever had proper jurisdiction on the Plaintiff.

Mississippi Comm'n on Judicial Performance v. Fletcher, *686 So. 2d 1075 (Miss. 1996)*; Mississippi Comm'n on Judicial Performance v. Byers, *757 So. 2d 961 (Miss. 2000) inquiry concerning a judge, 462 S.E. 2d 728 (GA 1995) Dash, 564 S.E. 2d 672 S.C.2002).*

That certain Judges of the Illinois Democratic Machine party have satisfied by the preponderance of evidence and met the full criteria's of Biasness, Prejudice and Civil Rights Violations, Terrorists acts at Plaintiff, in that 794 S.W. 2d 692 (Mo. App. 1990) "No system of justice can function at its best or maintain broad public confidence if a litigant can be compelled to submit his case in a court where the litigant sincerely believes the judge is incompetent

16

or prejudicial ..........{T}hat is the price to be paid for a judicial system that seeks to free a litigant from a feeling of oppression". State ex Rel. McNary V. Jones, 472 S. W. 2d 637, 639-640 (Mo. App. 1971) Indeed, the right to disqualify a judge is "one of the keystones of our legal administration edifice" State ex Rel. Campbell V. Cohn, 606 S.W. 2d 399-401 (Mo. App. 1980). It is vital to public confidence in the legal system that the decisions of the court are not only fair, but also appear fair. Thus whether the disqualification of a judge hinges on a statute or rule in favor of the right to disqualify. A liberal construction is necessary if we wish to promote and maintain public confidence in the judicial system. Kohn, 606 S.W. at 401; State ex Rel. Ford Motor Co. V. Hess S.W. 2d 147, 148 (Mo. App 1987).

### See that is why, the Ku Klux Klan Act of 1871 (was enacted) - Section 1 (42 U.S.C.) 1983.

"Of all the Civil Rights legislation enacted in the aftermath of the Civil War, none has had a greater contemporary impact than the Ku Klux Klan Act of 1871. The Act grew out of a special one-paragraph message sent to the 42d Congress on March 23, 1871, by President Ulysses S. Grant, urgently requesting the enactment of legislation".

### Section 2 (42 U.S.C.) In the House of Representatives.

"Congressional Debate of the second section of the Ku Klux Klan Act was more extensive and enduring than that of Section 1; As originally presented, Sec. 2 made it a felony for any "two or more persons" to conspire to commit certain enumerated crimes "in violation of the rights and privileges, or immunities of any person, to which he is entitled under the Constitution and laws of the United States.

"Throughout the debates, supporters of the Act made repeated references to the depredations of the Ku Klux Klan; Victims of these atrocities included not only blacks but white Republicans as well. The crimes that were perpetrated, therefore, were not viewed as isolated occurrences, but as part of an "Organized Conspiracy....Political in its origin and aims", "crimes perpetrated by concert and agreement, by men in large numbers acting with a common purpose for the injury of a certain class of citizens entertaining certain political principles, id, at 457 *(remarks of Rep. Coburn). See also e.g., id. At 437 (remarks of Rep. Cobb) ("None but Democrats belong or can belong to these societies") et al.,*

"Where these gangs of Assassins show themselves the rest of the people look on, if not with sympathy, at least with forbearance. The boasted courage of the South is not courage in their presence. Sheriffs, having eyes to see, see not; judges, having ears to hear, hear not; witnesses conceal the truth or falsify it; grand or petit juries act as if they might be accomplices. In the presence of these gangs all the apparatus and machinery of civil government, all the processes of justice, skulk away as if government and justice were crimes and feared detection. Among the most dangerous things an injured party can do is to appeal to justice. Of the uncounted scores and hundreds of atrocious mutilations and murders it is credibly stated that not one has been punished. Cong. Globe, supra note 2, app. At 78 *(remarks of Rep. Perry). ("While murder is stalking abroad in disguise, while whippings and lynching's and banishment have been visited upon unoffending American citizens, the local administrations have been found inadequate or unwilling to apply the proper corrective") et al., ....* And the State made no

17

*successful effort to bring the guilty to punishment or afford protection or redress to the outraged and innocent.")*

### REPORTING JUDICIAL MISCONDUCT
### CANON 3D (1)

Under Section **3D (1),** a judge who receives information that indicates "a substantial likelihood that another judge *"has violated the Code of Judicial "should take appropriate action"*. The Canon does not require the judge to hold a hearing and make a definitive decision that a violation has occurred before the reporting requirement is triggered and at least one state's judicial ethics committee has advised that the reporting requirement is triggered when the judge has "sufficient information" to conclude that a "substantial issue" has been raised that a violation has occurred, Mass. Comm. On Judicial Ethics, Op. 2002-04 (2002)

**"Appropriate action"** may include direct communication with the judge who has committed the violation and reporting the violation to the appropriate or other agency or body. See Commentary to Canon 3D (1). "Appropriate authority" is the authority with responsibility for initiation of disciplinary proceedings with respect to the violation reported. Some jurisdictions' rules specify to whom a judge must report misconduct. For instance, Massachusetts Rule 3D (1) provides that if a judge becomes aware of another judge's unprofessional conduct he must report his knowledge to the Chief Justice of the Massachusetts Supreme Court and the court of which the judge in question is a member.

Note that the term "knowledge", as defined in the Terminology Section, denotes actual knowledge of the fact in question and as such, a person's knowledge may be inferred from circumstances. In drafting Section 3D (1), the Committee rejected the suggestion that the criteria of raising substantial question as to honesty or trustworthiness be applied in the context of reporting judicial misconduct as well, on the grounds that those criteria are implicit in the present criterion of raising a substantial question as to a judge's fitness for office.

**Under Section 4 of the Ku Klux Klan Act of 1871:**
The President had additional power in case of rebellion within a state to suspend the writ of habeas corpus and to declare and enforce marital law. *Cong. Globe, supra note 1, at 317.* With respect to a definition of rebellion, Section 4 provided;

"Whenever in any State or part of a State......unlawful combinations.........shall be organized and armed, and so numerous and powerful as to be able, by violence, to either overthrow or set at defiance the constituted authorities of such State, or when the constituted authorities are in complicity with or shall connive at the unlawful purposes of such powerful and armed combinations; and whenever, by reason of either or all of the causes aforesaid, the conviction of such offenders and the preservation of the public safety shall become.... Impracticable, in every such case such combinations shall be deemed a rebellion against the Government of the United States...."

18

**WhereFore the Foregoing Reasons**, Plaintiff prays for the following relief:

1.) Plaintiff requests that this Honorable Court accepts Jurisdiction of this matter and Invoke authority Instanter;

2.) Impose Sanctions/Remands against and all parties for Contempt of the United States Constitution for their crimes against the Plaintiff/Government;

3.) Punitive Damages, due to Fraud Criminal Conspiracies Civil Rights Violations by all applicable parties associated in said matter;

4.) Have this case tried by a Jury and not ruled by any bench trial;

5.) Order the United States Marshall's to effect service on all named parties.

6.) Order all Defendants to absorb the costs of the enforcement of this matter;

7.) Order a Hearing to ascertain all Defendants responsible for Perjury and other Terrorist Acts perpetrated in State Courts for Remands Instanter;

8.) That all parties be charged with Terrorism and other related crimes for ignoring acts recorded within;

9.) Alternatively, allow Plaintiff to amend said Petition /Motion to satisfy this Honorable Court's requirement for jurisdiction, due to judges diabolical criminal Civil Rights Violations perpetrated at Plaintiff while wearing robes;

10.) Order that said parties be tried as Domestic Terrorists;

That because of the heinous acts Plaintiff have been harmed by said Civil Rights Violations and no one objected to said assertions put before any tribunal, Plaintiff is seeking $37.9 Million Dollars as punitive damages; Smith v. Wade, 461 U.S. 30, 35, 103 S. Ct. 1625, 1629, 75 L Ed 2d 632 (1983) Justice Brennen "The threshold standard for allowing punitive damages for reckless or callous indifference applies even in a case, such as here, where the underlying standard of liability for compensatory damages because is also one of recklessness. There is no merit to petitioner's contention that actual malicious intent should be the standard for punitive damages because the deterrent purposes of such damages would be served only if the threshold for those damages is higher in every case than the underlying standard for liability in the first instance. The common-law rule is otherwise, and there is no reason to depart from the common-law rule in the context of {1983}"

Finally, this Affidavit is best closed by a jurist who has stated"; Citing Canon 2A the court noted, "[a] court's indifference to clearly stated rules breeds disrespect for and discontent with our justice system. Government can not demand respect of the laws by its citizens when its tribunals ignore those very same laws")

Federal Court **FEDERAL JUDGE GETTLEMAN**: stated, Tuesday March 10, 2009, where he found Superintendent of police Jody Weiss in Contempt of Court and Ordered the City to Pay $100,000.00, ***"No one is above the Law",*** he cited a 1928 decision by Supreme Court Justice Louis Brandeis, that said, "If the Government becomes the law breaker, it breeds Contempt for the Law, It invites everyman to become a law unto himself. It invites Anarchy."

The Chicago Daily Law Bulletin, Wednesday April 26, 2006, **Page 1**, Illinois Political Machines help breed corruption, Associated Press writer Deanna Bellandi states, *"Illinois is apparently a Petri dish for corruption. It is a real breeding ground".*

That *Chicago is the most Corrupt City in America,* Huffington Post, Internet Newspaper, February 23, 2012; University of Illinois Professor Dick Simpson, *"The two worst crime zones in Illinois are the governor's mansion…..and the City Council Chambers in Chicago."* Simpson a former Chicago Alderman told the AP *"no other State can match us."*

## FURTHER AFFIANTH SAYETH NOT

NOTARY

Subscribed and sworn to before me

this 20TH day of July 20 16
at Chicago, County of Cook, State of Illinois.

"OFFICIAL SEAL"
DAVID J. KRANICKE
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 07/10/2020
Commission No. 338762

Respectfully Submitted

Counsel Pro Se
Joe Louis Lawrence
312 927-4210
PO Box 490075
Chicago, Illinois 60649-0075
joelouislaw@yahoo.com
@joelouis7

20